UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:98-cr-00171-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| HELMI ZAKY MANSOUR, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Helmy Mansour's request for additional time to file a response to the Order filed August 19, 2005, is granted. Therefore, the response is due January 18, 2006.

IT IS SO ORDERED.

DATED: December 29, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge