IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:98-cr-0171-GEB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| HELMI MANSOUR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On December 4, 2006, Defendant filed a letter in which he requests "all legal identification documents" be sent to an attorney's office. Defendant is required to file an appropriate motion for the requested documents that is noticed for hearing under the applicable local rule.

IT IS SO ORDERED.

Dated: December 12, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

1