DANIEL J. BRODERICK, Bar #89424
Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney Acting on Behalf of Defendant
HELMI ZAKY MANSOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-S-98-171-GEB/KJM |
| Plaintiff, | ) |
| v. | ) JOINT STIPULATION VACATING MOTION<br>) AND STIPULATING TO REQUESTED<br>) RELIEF; ORDER |
| HELMI ZAKY MANSOUR, | ) |
| Defendant. | ) Judge:  Hon. Kimberly Mueller |

   Pursuant to the prior order of the district court in this case, defendant Helmi Mansour filed a noticed motion for the return of his passports.  Government counsel has reviewed that motion and has no objection to the return of Mr. Mansour's two passports that were deposited with the Clerk on December 31, 1998.  Government counsel has also confirmed with the Clerk's office that there are no other identification documents on file.

   The parties agree that it appears the district court ordered a noticed motion because Mr. Mansour's pro se written request for return of all identification documents was vaguely worded and could have been interpreted as a request for false identification documents presented

1  as evidence at trial.  This was not Mr. Mansour's intent and the
2  parties agree that this evidence should not be returned.  In light of
3  this agreement, there is no need for the hearing on the motion
4  presently scheduled for June 5, 2007 at 2:00 p.m., and the parties
5  agree to the issuance of the attached proposed order.
6      It is, therefore, stipulated and agreed between the parties,
7  through their respective counsel, that the presently scheduled motion
8  hearing date of June 5, 2007 be vacated, and the attached proposed
9  order be issued.
10     It is further stipulated and agreed between the parties that Mr.
11 Mansour's two passports, #034780221, Receipt #190200 (Docket Entry
12 #86), and #616617177, Receipt #190201 (Docket Entry #87), currently in
13 possession of the district court clerk's office, be returned to his
14 counsel of record, Daniel J. Broderick, Federal Defender, or his
15 designate, who shall arrange for them to be delivered to Mr. Mansour.
16 Dated:  May 25, 2007
                                     Respectfully submitted,

18                                   /s/ Daniel J. Broderick
                                     DANIEL J. BRODERICK
19                                   Federal Defender
                                     Attorney on behalf of Defendant
20                                   HELMI ZAKY MANSOUR


22                                   MCGREGOR W. SCOTT
                                     United States Attorney

24                                   /s/ Samantha Spangler
                                     SAMANTHA SPANGLER
25                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
26                                   United States of America

27              ---------------

28     Pursuant to the above-stipulation of the parties, IT IS HEREBY

Stip & Order to Return Passports         2

ORDERED that the currently scheduled hearing date of June 5, 2007 on Defendant's Motion for Return of Passports is vacated.

IT IS FURTHER ORDERED that Mr. Mansour's two passports, #034780221, Receipt #190200 (Docket Entry #86), and #616617177, Receipt #190201 (Docket Entry #87), currently in possession of the district court clerk's office, be returned to his counsel of record, Daniel J. Broderick, Federal Defender, or his designate, who shall arrange for them to be delivered to Mr. Mansour.

Dated: June 1, 2007.

_____
U.S. MAGISTRATE JUDGE

Stip & Order to Return Passports           3