IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                           No. CR S-98-0171 GEB KJM P

    vs.

HELMI ZAKI MANSOUR,

    Movant.                              FINDINGS & RECOMMENDATIONS

_____/

        By an order filed November 21, 2006, movant's 2255 motion was dismissed and movant was granted leave to file an amended motion. The time period for amending the motion has expired, and movant has not filed an amended 2255 motion or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

1

1 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951

2 F.2d 1153 (9th Cir. 1991).

3 DATED: January 24, 2008.

4 _____
U.S. MAGISTRATE JUDGE

---

1
mans0171.fta