PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )<br>)<br>vs.  )<br>)<br>**HELMI ZAKY MANSOUR**  )<br>) | **Docket Number: 2:98CR00171-008** |

On February 2, 2001, the above-named was placed on Supervised Release for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Matthew M. Faubert
**MATTHEW M. FAUBERT
Senior United States Probation Officer**

Dated:   December 22, 2008
            Sacramento, California
            MMF/cp

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
                         **KYRIACOS M. SIMONIDIS
                         Supervising United States Probation Officer**

**Re:   Helmi Zaky MANSOUR**
      **Docket Number:   2:98CR00171-008**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Dated:  December 22, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge


Attachment:   Recommendation
cc:      United States Attorney's Office